IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Edgar Eduardo Reyes Gonzalez, | : | |
| | : | Case No. 1:26-cv-510 |
| Petitioner, | : | |
| | : | Judge Susan J. Dlott |
| v. | : | |
| | : | Order Vacating Order Granting Petition |
| Richard K. Jones, Sherriff, Butler County | : | for Writ of Habeas Corpus and Denying |
| Jail, *et al.* | : | as Moot Motions to Dismiss |
| | : | |
| Respondents. | : | |

Petitioner Edgar Eduardo Reyes Gonzalez filed a Petition for Writ of Habeas Corpus

seeking relief on two grounds.  The Court initially granted relief on the basis that his detention

was not authorized by 8 U.S.C. § 1231, but the Court subsequently vacated that decision upon

learning that the procedural posture of the underlying immigration proceedings had changed in

material respect.  (Docs. 13, 14.)  The Court has not yet addressed Reyes Gonzalez's argument

that he is entitled to relief under the class action decision in *Immigration Center for Women and*

*Children v. Noem*, No. 2:25-cv-9848-AB-AS, Preliminary Injunction Order, (C.D. Cal. May 20,

2026) ("ICWC Preliminary Injunction Order").  (Doc. 13 at PageID 352 n. 1.)

At a status conference held on June 17, 2026, the Court gave Reyes Gonzalez leave to file

a Supplemental Brief to address in more depth the applicability of the ICWC Preliminary

Injunction Order in this case.  His counsel filed a brief on June 18, 2026.  (Doc. 15.)  Counsel,

however, failed to provide excerpts of or pinpoint citations to the relevant provisions of the 97-

page ICWC Preliminary Injunction Order.  Counsel also failed to provide copies of the relevant

ICE Directives and Policy Statements that he cites in the Supplemental Brief.  It is inefficient

and unfair to ask Respondents or this Court to respond to or analyze Reyes Gonzalez's argument

in its current form.

Accordingly, Reyes Gonzalez, through his counsel, is **ORDERED** to file a Second Supplemental Brief within one week.  He shall provide excerpts of (as appropriate) and pinpoint citations to the relevant provision of the ICWC Preliminary Injunction Order in his brief.  He also shall file copies of the relevant Ice Directives and Policy Statements and provide excerpts of (as appropriate) and pinpoint citations to the relevant provisions in his brief.  Respondents have leave to file a Supplemental Response in Opposition within one week of the filing of the Second Supplemental Brief.

**IT IS SO ORDERED.**

BY THE COURT:

S/Susan J. Dlott
Susan J. Dlott
United States District Judge